Case No:  09-38220

# UNITED STATES BANKRUPTCY COURT

**Southern District of Texas - Houston Division**

In re:   **Kenneth Holland  and Keisha Marie Singleton**          Case No:   **09-38220-H5-13**

Chapter:   **13**

Property Address:   **16639 Strathmore Manor Lane, Houston, TX 77090**

Last four digits of any number you use to

Identify the debtor's account:   **\*\*\*\*\*\*3729**

Court Claim No. (if known) **8**

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT

As contemplated by Fed. R. Bankr. Proc. 3002

**Statebridge Company, LLC**

("Creditor") hereby responds to that certain Notice of Final Cure Payment ("Cure Notice") dated **November 17, 2014** and filed as Docket No. **79**

### Pre-Petition Default Payments          Applicable option is checked.

☒ Agrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim

☐ Disagrees that Debtor(s) has paid in full the amount required to cure the default on Creditor's claim and states that the total amount due to cure pre-petition arrears is:

Total Amount Due:   **$0.00**

### Post-Petition Default Payments          Applicable option is checked.

☐ Agrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5) of the Bankruptcy Code.

☒ Disagrees that Debtor(s) is current with respect to all payments consistent with § 1322(b)(5), and states that the total amount due to cure post-petition arrears is:

Total Amount Due:   **$24,373.11**\*          \*Statebridge is currently researching the reason for discrepancy regarding post-petition ongoing mortgage payments.

Attached as Schedule of Amounts Outstanding Post-Petition Claim is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts outstanding identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this response to the Cure Notice.

The amounts due identified on this response may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected on the NDC but which have not yet been received and/or processed by Creditor.

Case No: 09-38220

# UNITED STATES BANKRUPTCY COURT

The person completing this Notice must sign it. Sign and print your name and your title (if any), and state your address and telephone if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box

☐ I am the Creditor   ☐ I am the Creditor's authorized agent. (Attach copy of power of attorney, if any).

X   /s/ *Anh P. Nguyen*                           X   12/08/2014
        Signature                                          Date(MM/DD/YYYY)

First Name: Anh            Middle Name: P.            Last Name: Nguyen

Title: Associate Attorney (TX SBN

Company: Pite Duncan, LLP

Address: 550 Westcott, Suite 560

City: Houston            State: TX            Zip: 77007

Phone: (713) 293-3610

# UNITED STATES BANKRUPTCY COURT

**Schedule of Amounts Outstanding Post-Petition Claim**

| Delinquent Fee Description | Fee Date | Fee Amount |
|---|---|---|
| Monthly Ongoing Mortgage Payments – 16 @ $1,524.76 | 8/1/2013-11/1/2014 | $24,396.16 |
| Suspense - | | <$23.05> |
| Total - | | $24,373.11 |

Case No: 09-38220

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on

Date: December 8, 2014

| | |
|---|---|
| Chapter 13 Trustee: | William E. Heitkamp |
| Trustee Address: | 9821 Katy Freeway Ste 590 |
| | Houston, TX 77024 |
| Trustee Email: | heitkamp@ch13hou.com |
| | |
| Debtor's Counsel Name: | Reese W Baker |
| Debtor's Counsel Address: | 5151 Katy Freeway, Suite 200 |
| | Houston, Texas 77007 |
| Debtor's Counsel Email: | courtdocs@bakerassociates.net |
| | |
| Debtor 1 Name: | Kenneth Holland and |
| Debtor 2 Name: | Keisha Marie Singleton |
| Debtor's Mailing Address: | 16639 Strathmore Manor Lane |
| | Houston, TX 77090 |

_/s/ Anh P. Nguyen_